IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16-MC-210-JWL |
| JOEL TUCKER, | ) |
| Defendant. | ) |

## **ORDER**

This case is set for a status conference on July 29, 2016 at 11:00 a.m. The court has been made aware that a conflict exists with a scheduled bankruptcy proceeding in the Southern District of Texas. Accordingly, the court continues the status conference to **August 17, 2016, at 10:00 a.m.** in courtroom 223.

By way of email, a PDF copy of this order is being sent to defendant Joel Tucker, his bankruptcy attorneys, the bankruptcy trustee, and U.S. Bankruptcy Judge Marvin Isgur.

**IT IS SO ORDERED.**

Dated July 28, 2016, at Kansas City, Kansas

                                                                                        s/ James P. O'Hara
                                                                                       James P. O'Hara
                                                                                       United States Magistrate Judge